| | |
|---|---|
| STATE OF SOUTH CAROLINA ) <br> ) <br> COUNTY OF HORRY ) <br> ) <br> STATE OF SOUTH CAROLINA ) <br> ) <br> VS. ) <br> ) <br> LYNEL WITHERSPOON ) <br> ) <br> DEFENDANT. ) <br> _____ ) | IN THE COURT OF GENERAL SESSIONS <br> OF THE FIFTEENTH JUDICIAL CIRCUIT <br><br> INDICTMENT: 2013GS2600857 <br> WARRANT: M841911 <br><br> **ORDER OF DISMISSAL** |

In 2013, defendant Lynel Witherspoon was convicted of Distribution of Cocaine. After a jury trial, he received a sentence of 17 years.

Defendant Witherspoon was granted Habis relief by the 4th Circuit of Appeals on April 8, 2022. This remand came because the Court of Appeals found his trial counsel was ineffective.

On April 18, 2022, Defendant Witherspoon suffered a massive stroke and is confined to a hospital bed.

Due to Defendant Witherspoon's current medical condition, the state will not pursue a retrial and is asking this court to dismiss charges against defendant Witherspoon.

It is therefore ordered Indictment 2013GS2600857 is judicially dismissed as the State is not pursuing a retrial.

AND IT IS SO ORDERED.

Conway, South Carolina

_May 24, 2022_
DATE

_/s/ Benjamin Culbertson_
RESIDENT JUDGE, GENERAL SESSIONS
FIFTEENTH JUDICIAL CIRCUIT

I SO MOVE:

_/s/ Jimmy A. Richardson_
JIMMY A. RICHARDSON, II, SOLICITOR
FIFTEENTH JUDICIAL CIRCUIT

RENEE M. ELVIS
CLERK OF COURT
HORRY COUNTY, SC

2022 MAY 24 PM 1:45

FILED